## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03098-NRN

SONDRA BEATTIE and FRANCIS HOUSTON, JR.,
individually and on behalf of all other similarly situated individuals,

        Plaintiffs,

v.

TELETECH HEALTHCARE SOLUTIONS, INC., and
TTEC HOLDINGS, INC.,

        Defendants.

## NOTICE OF ENTRY OF APPEARANCE

The Court and all parties are hereby notified that the undersigned counsel, Rod M. Johnston of the law firm SOMMERS SCHWARTZ, PC, enters his appearance on behalf of Plaintiffs, Sondra Beattie and Francis Houston, Jr. The Court and counsel are requested to serve all papers, pleadings and other things required to be served upon the undersigned counsel.

Dated: December 12, 2018

Respectfully Submitted,

/s/ *Rod M. Johnston*
Rod M. Johnston
Matthew L. Turner
Kevin J. Stoops
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
rjohnston@sommerspc.com
mturner@sommerspc.com
kstoops@sommerspc.com

*Attorneys for Plaintiffs and the Putative Collective/Class Members*

2

**CERTIFICATE OF SERVICE**

      I certify that on December 12, 2018, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                    /s/ Janice Koehler
                                    Sommers Schwartz, P.C.
                                    One Towne Square, 17th Floor
                                    Southfield, MI  48076
                                    (248) 355-0300