# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-03098-NRN

**SONDRA BEATTIE** and **FRANCIS HOUSTON, JR.**, individually and on behalf of all other similarly situated individuals,

       Plaintiffs,

v.

**TTEC HEALTHCARE SOLUTIONS, INC.** and **TTEC HOLDINGS, INC.**,

       Defendants.

___

## PLAINTIFFS' 26TH NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION

NOW COME Plaintiffs, by and through the undersigned counsel, and hereby notifies the Court of the filing of the Consent to Join Collective Action attached hereto as an Exhibit.

Dated: June 3, 2019　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　/s/ *Matthew L. Turner*
　　　　　　　　　　　　　　　　　Matthew L. Turner
　　　　　　　　　　　　　　　　　Kevin J. Stoops
　　　　　　　　　　　　　　　　　Rod M. Johnston
　　　　　　　　　　　　　　　　　SOMMERS SCHWARTZ, P.C.
　　　　　　　　　　　　　　　　　One Towne Square, 17th Floor
　　　　　　　　　　　　　　　　　Southfield, Michigan 48076
　　　　　　　　　　　　　　　　　(248) 355-0300
　　　　　　　　　　　　　　　　　mturner@sommerspc.com
　　　　　　　　　　　　　　　　　kstoops@sommerspc.com
　　　　　　　　　　　　　　　　　rjohnston@sommerspc.com

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Putative Collective/Class Members*

1

2

**CERTIFICATE OF SERVICE**

       I certify that on June 3, 2019, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                             */s/ Janice Koehler*
                             jkoehler@sommerspc.com