IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03098-RM-NRN

SONDRA BEATTIE and FRANCIS HOUSTON, JR., individually and on behalf of all other similarly situated individuals,

Plaintiffs,

v.

TTEC HEALTHCARE SOLUTIONS, INC. and TTEC HOLDINGS, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the parties' Joint Motion Requesting an Order Approving the Parties' Stipulations, Lifting the ECF No. 31 Stay, and Setting this Matter for a Scheduling Conference (Dkt. #187), referred to me by Judge Raymond P. Moore (Dkt. #188), is GRANTED.

The STAY is LIFTED.

Defendants will file their final motion to compel arbitration on or before March 16, 2020.  Plaintiffs will file their response to the motion to compel arbitration within 60 days of its filing.  The parties agreed that Defendant will not assert as an affirmative defense the existence of an arbitration agreement as to anyone who was a party to the lawsuit and was not named in this final motion to compel arbitration.

Plaintiffs will file any motion to amend the complaint on or before April 17, 2020.

A Scheduling Conference is set on **May 27, 2020 at 9:30 a.m**.  The parties are directed to submit a proposed scheduling order, via ECF in PDF format, and email in Microsoft Word format to chambers (Neureiter_Chambers@cod.uscourts.gov) no later than May 20, 2020.

Date: March 6, 2020