**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-03098-NRN

SONDRA BEATTIE and FRANCIS HOUSTON, JR., individually and on behalf of all other similarly situated individuals,

    Plaintiffs

v.

TTEC HEALTHCARE SOLUTIONS, INC. and TTEC HOLDINGS, INC.,

    Defendants.

## JOINT MOTION TO EXTEND TIME FOR THE PARTIES TO SUBMIT A PROPOSED SCHEDULING ORDER

Plaintiffs and Defendants, by and through their undersigned counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D.C.COLO.LCivR 6.1(a), for an extension of two days, up to and including Friday, May 22, 2020, to submit a proposed scheduling order, via ECF in PDF format, and email in Microsoft Word format to chambers. *See* ECF No. 189 (directing the parties to submit a proposed scheduling order no later than Wednesday, May 20, 2020). In support of this Motion, the parties state as follows:

1. This is the second time the parties have sought an extension of time to submit a proposed scheduling order. The first request was made on February 7, 2019, when the parties requested that the Court stay the deadline to file a proposed scheduling order pending resolution of Defendants' then pending Motion to Compel Individual Arbitration and Plaintiffs' anticipated motion for conditional collective action certification. ECF No. 28. The Court granted the motion to the extent it sought a stay of the deadline for filing a proposed scheduling order pending resolution of Defendants' Motion to Compel Individual Arbitration, but denied the motion without

prejudice to the extent it sought a stay pending resolution of a yet unfiled motion. ECF No. 31.

2. Fed. R. Civ. P. 6(b)(1)(A) establishes that upon good cause shown, the Court has the authority to enlarge the period of time within which a party is required to submit documents to the Court. For the reasons stated herein, the parties respectfully submit that good cause for an extension of time exists, and thus, it would be an appropriate exercise of this Court's discretion to grant the requested extension.

3. This is a complex class/collective action lawsuit. In addition to the initial two named plaintiffs, Sondra Beattie and Francis Houston, Jr., approximately 3,912 individuals opted into the action by filing their executed consents to join this collective action lawsuit. To date, the initial two named plaintiffs and 68 opt-in plaintiffs have been compelled to arbitrate their claims, leaving approximately 3,842 collective action plaintiffs.

4. On March 16, 2020, Defendants filed their Fourth Motion to Compel Arbitration of Certain Opt-In Plaintiffs ("Motion to Compel"), wherein Defendants seek to compel an additional 2,487 opt-in plaintiffs to individually arbitrate their employment claims against Defendants. ECF No. 190. Plaintiffs have opposed the motion. ECF No. 193.

5. Pursuant to agreement of the parties as reflected in this Court's order (ECF No. 189), there will be no additional motions to compel arbitration for anyone not identified in Defendants' Motion to Compel.

6. There are approximately 1,357 opt-in plaintiffs who have not been compelled to arbitration and who are not subject to Defendants' Motion to Compel.

7. Plaintiffs have filed a Motion for Leave to File a First Amended Collective/Class Complaint, wherein 14 named plaintiffs who have not been compelled to arbitration, and who are not subject to Defendants' Motion to Compel, assert Fair Labor Standards Act (FLSA) collective

action claims identical to those asserted in the operative complaint, as well as Rule 23 class action claims under the state wage and hours acts of Arizona, Arkansas, Colorado, Kentucky, Missouri, Nevada, North Carolina, Pennsylvania and West Virginia. *See* ECF Nos. 190 and 190-1. Defendants have opposed the motion. ECF No. 192.

8. As demonstrated above, and as aptly put by this Court, "this is a case where the total number of Plaintiffs and the number of Plaintiffs subject to arbitration agreements are moving targets." ECF No. 181 at 3-4.

9. Consequently, the parties are faced with the challenging task of devising a proposed scheduling order, including discovery plans and discovery and dispositive motion deadlines, without the benefit of knowing the number or identity of the collective plaintiffs who will remain in this litigation, or whether the Court will permit Plaintiffs to file an amended complaint.

10. Hence, the parties respectfully request a two-day extension of time to work through these issues and to submit a proposed scheduling order that properly takes into account the lingering uncertainties identified herein.

11. A copy of this Motion is being provided by counsels to their respective clients in accordance with D.C.COLO.L.CivR 6.1(c).

12. A proposed order is attached to this Motion.

WHEREFORE, the parties respectfully request that this Court grant a two-day extension of time, up to and including Friday, May 22, 2020, to submit a proposed scheduling order, via ECF in PDF format, and email in Microsoft Word format to chambers.

Dated: May 20, 2020                                    Respectfully submitted,

/s/ Rod M. Johnston                                    /s/ Arthur J. Rooney
Matthew L. Turner                                      Arthur J. Rooney
Kevin J. Stoops                                        Goli Rahimi
Rod M. Johnston                                        BAKER & McKENZIE LLP
SOMMERS SCHWARTZ, P.C.                                 300 E. Randolph Street, Suite 5000
One Towne Square, 17th Floor                           Chicago, IL  60601
Southfield, MI  48076                                  (312) 861-8000
(248) 355-0300                                         Fax:  (312) 698-2960
Fax:  (248) 936-1973                                   arthur.rooney@bakermckenzie.com
mturner@sommerspc.com                                  goli.rahimi@bakermckenzie.com
kstoops@sommerspc.com
rjohnston@sommerspc.com                                Attorneys for Defendants TTEC Healthcare
                                                       Solutions, Inc. and TTEC Holdings, Inc.
Attorneys for Plaintiffs and the Putative
Collective/Class Members

## CERTIFICATE OF SERVICE

I certify that on May 20, 2020, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                       /s/ *Janice Koehler*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03098-NRN

SONDRA BEATTIE and FRANCIS HOUSTON, JR., individually and on behalf of all other similarly situated individuals,

    Plaintiffs

v.

TTEC HEALTHCARE SOLUTIONS, INC. and TTEC HOLDINGS, INC.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR THE PARTIES TO SUBMIT A PROPOSED SCHEDULING ORDER

THE COURT, having reviewed the parties Joint Motion To Extend Time For The Parties To Submit A Proposed Scheduling Order,

HEREBY ORDERS that the Joint Motion is GRANTED. The parties shall have up to and through Friday, May 22, 2020, to submit a proposed scheduling order, via ECF in PDF format, and email in Microsoft Word format to chambers (Neureiter_Chambers@cod.uscourts.gov).

ORDERED this _____ day of May, 2020.

                                                           Hon. N. Reid Neureiter
                                                           United States Magistrate Judge