**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-03098-NRN

SONDRA BEATTIE and FRANCIS HOUSTON, JR., individually and on behalf of all other similarly situated individuals,

      Plaintiffs,

v.

TTEC HEALTHCARE SOLUTIONS, INC. and TTEC HOLDINGS, INC.,

      Defendants.

---

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' REPLY IN SUPPORT OF ITS FOURTH MOTION TO COMPEL ARBITRATION OF CERTAIN OPT-IN PLAINTIFFS**

---

      Defendants, TTEC Healthcare Solutions, Inc. and TTEC Holdings, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 6(b)(1) and D.C.COLO.LCivR 6.1(a), for a 14-day extension of time to file their reply in support of their Fourth Motion to Compel Arbitration of Certain Opt-in Plaintiffs. Plaintiffs do not oppose this motion. In support of this motion, Defendants state as follows:

      1.      On March 16 2020, Defendants filed their Fourth Motion to Compel Arbitration of Certain Opt-In Plaintiffs. The motion moved to compel 2,487 opt-in plaintiffs. (ECF No. 190.)

      2.      Defendants agreed to give Plaintiffs 60 days to file their response to Defendants' Fourth Motion to Compel Arbitration of Certain Opt-In Plaintiffs.

      3.      On May 15 2020, Plaintiffs filed their Brief in Opposition to Defendants' Fourth Motion to Compel Arbitration of Certain Opt-In Plaintiffs. (ECF No. 193.)

4.      Plaintiffs filed 342 opt-in plaintiff declarations in support of their opposition. These declarations are from current and former employees who oppose arbitration. (ECF No. 193-3.)

5.      To adequately address, investigate and respond to the opposition brief and declarations, Defendants respectfully request an additional 14 days to reply. Defendants need this additional time to pull the records of the opt-in plaintiffs and to investigate the statements made by the 342 declarants.

6.      The granting of this Motion will not prejudice any party, and this Motion is being sought in good faith and not for delay or any other improper purpose.

7.      On May 26 2020, the undersigned defense counsel conferred with Plaintiffs' counsel about the requested extension of time and Plaintiffs' counsel agreed to the requested extension.

8.      Federal Rule of Civil Procedure 6(b)(1)(A) establishes that upon good cause shown, the Court has the authority to enlarge the period of time within which a defendant is required to submit documents to the Court. Defendants respectfully assert that the foregoing sets forth good cause for an extension of time and, thus, it would be an appropriate exercise of the Court's discretion to grant the requested extension.

9.      A copy of this Motion is being provided to Plaintiffs in accordance with D.C.COLO.L.CivR 6.1(c).

THEREFORE, Defendants respectfully request that this Court grant Defendants a 14-day extension of time, up to and through, Friday June 12, 2020 to file their Reply in Support of Defendants' Fourth Motion to Compel Arbitration of Certain Opt-In Plaintiffs.

**DATED:**  May 26, 2020                    Respectfully submitted,

/s/ Arthur J. Rooney
Arthur J. Rooney
Baker & McKenzie LLP
300 E Randolph Street
Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
FAX: (312) 698-2960
arthur.rooney@bakermckenzie.com

Attorney for Defendants TTEC Healthcare
Solutions, Inc. and TTEC Holdings, Inc.

## CERTIFICATE OF COMPLIANCE WITH D.C.COLO.L.CivR. 7.1A

The undersigned counsel for Defendants conferred with Plaintiffs' counsel regarding the subject of the motion. Plaintiffs do not oppose the relief sought herein.

*/s/     Arthur J. Rooney*

## CERTIFICATE OF SERVICE

I certify that on May 26, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/     Arthur J. Rooney*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-03098-NRN

SONDRA BEATTIE and FRANCIS HOUSTON, JR., individually and on behalf of all other similarly situated individuals,

     Plaintiffs,

v.

TTEC HEALTHCARE SOLUTIONS, INC. and TTEC HOLDINGS, INC.,

     Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' REPLY IN SUPPORT OF ITS FOURTH MOTION TO COMPEL ARBITRATION OF CERTAIN OPT-IN PLAINTIFFS**

---

THE COURT, having reviewed the Defendants' Unopposed Motion to Extend Time for Defendants' Reply In Support of its Fourth Motion to Compel Arbitration of Certain Opt-In Plaintiffs.

HEREBY ORDERS that the Defendants' the Motion is GRANTED. Defendants shall have up to and through Friday June 12, 2020 to file their Reply in Support of Defendants' Fourth Motion to Compel Arbitration of Certain Opt-In Plaintiffs.

ORDERED this _____ day of ____, 2020.


_____
Hon. N. Reid Neureiter
United States Magistrate Judge