## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **SONDRA BEATTIE** and **FRANCIS HOUSTON, JR.**, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**TTEC HEALTHCARE SOLUTIONS, INC.** and **TTEC HOLDINGS, INC.**,<br><br>Defendants. | Case No.: 1:18-cv-03098-RM |

### PLAINTIFFS' NOTICE OF FILING AMENDED PLEADING PURSUANT TO D.C.COLO.LCivR 15.1(a)

Plaintiffs, by and through their undersigned attorneys, file their notice of an amended pleading. Please see Plaintiffs' attached Exhibit A, which strikes through the text to be deleted and underlines the text to be added to Plaintiffs' original Complaint, ECF 1, pursuant to D.C.COLO.LCivR 15.1(a).

Dated: July 7, 2020                                    Respectfully submitted,

                                                       /s/ *Matthew L. Turner*
                                                       Matthew L. Turner
                                                       Kevin J. Stoops
                                                       Rod M. Johnston
                                                       SOMMERS SCHWARTZ, P.C.
                                                       One Towne Square, 17th Floor
                                                       Southfield, MI  48076
                                                       (248) 355-0300
                                                       mturner@sommerspc.com
                                                       kstoops@sommerspc.com
                                                       rjohnston@sommerspc.com

1

2

**CERTIFICATE OF SERVICE**

     I certify that on July 7, 2020, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                  /s/ *Janice Koehler*