IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **CAROL E. DAVIS, YVETTE MONICA DAVIS, TRACY FIGUEROA, DIEDRE WINGET, ANN MARIE COLE, JAVONTE DUNCAN, LAKIYAH N. DAVIS, LEON PATRICK CHERRY, CEDRIC RANDLE, SHANICKQUA B. HUDSON, SANDRA KAY GRIFFIN, MYKIESHA MCFARLAND, MELISSA ZWEYER** and **JESSICA JONES**, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**TTEC HEALTHCARE SOLUTIONS, INC.** and **TTEC HOLDINGS, INC.**,<br><br>Defendants. | Case No.: 1:18-cv-03098-RM |

## NOTICE OF ENTRY OF APPEARANCE

The Court and all parties are hereby notified that the undersigned counsel, Alana A. Karbal, of the law firm SOMMERS SCHWARTZ, P.C., enters her appearance on behalf of Plaintiffs, **CAROL E. DAVIS, YVETTE MONICA DAVIS, TRACY FIGUEROA, DIEDRE WINGET, ANN MARIE COLE, JAVONTE DUNCAN, LAKIYAH N. DAVIS, LEON PATRICK CHERRY, CEDRIC RANDLE, SHANICKQUA B. HUDSON, SANDRA KAY GRIFFIN, MYKIESHA MCFARLAND, MELISSA ZWEYER** and **JESSICA JONES**, individually and

on behalf of all other similarly situated individuals. The Court and counsel are requested to serve all papers, pleadings and other things required to be served upon the undersigned counsel.

Dated: May 18, 2021

Respectfully Submitted,

/s/ *Alana A. Karbal*
Matthew L. Turner
Kevin J. Stoops
Rod M. Johnston
Alana A. Karbal
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
akarbal@sommerspc.com

*Attorneys for Plaintiffs and the Putative Collective/Class Members*

### Certificate of Service

I hereby certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the EFC system, which will send notification of such filing to all counsel of record.

/s/ Janice Koehler
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI  48076
(248) 355-0300