IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03098-RM-NRN

CAROL E. DAVIS, YVETTE MONICA DAVIS, TRACY FIGUEROA, DIEDRE WINGET, ANN MARIE COLE, JAVONTE DUNCAN, LAKIYAH N. DAVIS, LEON PATRICK CHERRY, CEDRIC RANDLE, SHANICKQUA B. HUDSON, SANDRA KAY GRIFFIN, MYKIESHA MCFARLAND, MELISSA ZWEYER and JESSICA JONES, individually and on behalf of similarly situated individuals,

Plaintiffs,

v.

TTEC HEALTHCARE SOLUTIONS, INC. and TTEC HOLDINGS, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that a Motion Hearing is set on July 28, 2021 at 2:00 p.m., at which time the parties shall be prepared to argue Defendants' Motion to Dismiss Non-Responsive Plaintiffs Pamela Armento, Trevis Booker, Kimberly Brown, Sandra Griffin, Karen Harrell-Willis, Jorge Gonzales, William James, Tonja Mullins, Ricky Muncy, and Kim Walston filed by TTEC Holdings, Inc., TTEC Healthcare Solutions, Inc. (Dkt. #241), referred to me by Judge Raymond P. Moore (Dkt. #242).

The parties are directed to call the conference line as a participant at (888) 398-2342, access Code 5755390# at the scheduled time.

Date: June 8, 2021