IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-03098-RM-NRN

CAROL E. DAVIS, et al., individually and on behalf of all other similarly situated individuals,

    Plaintiffs,

v.

TTEC HEALTHCARE SOLUTIONS, INC. and TTEC HOLDINGS, INC.,

    Defendants.

---

**ORDER**

---

    Before the Court are two Joint Stipulations (ECF Nos. 271, 273), requesting an Order dismissing without prejudice the claims of Plaintiffs **Diedre Winget**, **Lakiyah Davis**, **Kein Smith**, **Stephanie Waters**, **Tonja Mullins**, **Michael Klein**, and **Alicia Snorton**.

    Upon consideration of the Stipulations, the file, and the applicable rules, and being otherwise fully advised, the Court ORDERS that the FLSA claims of these Plaintiffs are hereby DISMISSED WITHOUT PREJUDICE, and their respective opt-in forms are WITHDRAWN (ECF Nos. 125-2 at 11; 119-3 at 6; 124-8 at 7; 172-12 at 10; 179-2 at 20; 61-1 at 2; 123-6 at 6).

    DATED this 30th day of September, 2021.

                                                      BY THE COURT:

                                                      RAYMOND P. MOORE
                                                      United States District Judge