# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-03098-RM-NRN

CAROL E. DAVIS, et al., individually and on behalf of all other similarly situated individuals,

    Plaintiffs,

v.

TTEC HEALTHCARE SOLUTIONS, INC. and TTEC HOLDINGS, INC.,

    Defendants.

---

## ORDER
---

    Before the Court is another Joint Stipulation (ECF No. 280), requesting an Order dismissing without prejudice the claims of Plaintiffs **Deloris Bilbrew** and **Latifah Abdurrahman**.

    Upon consideration of the Stipulation, the file, and the applicable rules, and being otherwise fully advised, the Court ORDERS that the FLSA claims of these Plaintiffs are hereby DISMISSED WITHOUT PREJUDICE, and their respective opt-in forms are WITHDRAWN (ECF Nos. 123-1 at 6; 134-9 at 2).

    DATED this 14th day of October, 2021.

                                                    BY THE COURT:

                                                    RAYMOND P. MOORE
                                                    United States District Judge