IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 18-cv-03098-RM-NRN | Date: October 18, 2021 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom C203 |

*Parties:*                                            *Counsel:*

CAROL E. DAVIS, YVETTE MONICA DAVIS,     Alana A. Karbal
TRACY FIGUEROA, DIEDRE WINGET,
ANN MARIE COLE, JAVONTE DUNCAN,
LAKIYAH N. DAVIS, LEON PATRICK
CHERRY, CEDRIC RANDLE, SHANICKQUA B.
HUDSON, MYKIESHA MCFARLAND,
and MELISSA ZWEYER, individually and on behalf
of all other similarly situated
individuals,

    Plaintiffs,

v.

TTEC HEALTHCARE SOLUTIONS, INC. and     Adam James Weiner
TTEC HOLDINGS, INC.,

    Defendants.

---

### COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**10:30 a.m.     Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding discovery disputes outlined in a Joint Discovery Statement that was directly emailed to Chambers and attached to these minutes.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**  The request that Defense counsel identify witnesses it will call at trial in advance of what is required under the Rule, and in advance of any specific Order by the Court, particularly the proposed Final Pretrial Order that is submitted and includes proposed witness list, is **DENIED**.

**ORDERED**:  Defense counsel shall provide substantive responses to the Requests for Admission and Second Set of Interrogatories by **November 1, 2021**.

**ORDERED**:  By **November 1, 2021**, Defendant's shall complete their comprehensive search of the documents listed on pages 74 through 79 of the attached exhibits, and shall produce any additional documents located for those named Plaintiff's and opt-in Plaintiff's and shall supplement, on or before November 1, 2021, their responses to the requests for production making the representation that they have done a comprehensive search and have not been able to locate within the companies business records any additional responsive documents with respect to those named plaintiff's and opt-in plaintiffs.

**11:10 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:40

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.