# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-03098-RM-NRN

CAROL E. DAVIS, et al., individually and on behalf of all other similarly situated individuals,

    Plaintiffs,

v.

TTEC HEALTHCARE SOLUTIONS, INC. and TTEC HOLDINGS, INC.,

    Defendants.

---

## ORDER
---

    Before the Court is a Joint Stipulation (ECF No. 287), requesting an Order dismissing without prejudice the claims of Plaintiff **Syretta Acosta**, and a Notice of Withdrawal of Consent (ECF No. 288), withdrawing the opt-in consent form filed by **Ricky Muncy**.

    Upon consideration of these filings, the file, and the applicable rules, and being otherwise fully advised, the Court ORDERS that the FLSA claims of these Plaintiffs are hereby DISMISSED WITHOUT PREJUDICE, and their respective opt-in forms (ECF Nos. 146-1 at 2; 170-7 at 8) are WITHDRAWN.

    DATED this 21st day of October, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge