IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **CAROL E. DAVIS, YVETTE MONICA DAVIS, ANN MARIE COLE, JAVONTE DUNCAN, LEON PATRICK CHERRY, CEDRIC RANDLE, SHANICKQUA B. HUDSON, MYKIESHA MCFARLAND, and MELISSA ZWEYER**, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>**TTEC HEALTHCARE SOLUTIONS, INC.** and **TTEC HOLDINGS, INC.**,<br><br>    Defendants. | Case No.: 1:18-cv-03098-RM |

## JOINT MOTION TO SET STATUS CONFERENCE

NOW COME Plaintiffs and Defendants TTEC Healthcare Solutions, Inc. and TTEC Holdings, Inc. ("Defendants") ("Plaintiffs and Defendants being referred to collectively herein as "the Parties") and hereby request, for good cause, that the Court GRANT their Joint motion to schedule a telephone status conference with Judge Moore. After two mediations and extensive discovery and motion practice, the parties in this matter have reached a settlement. The parties have drafted the settlement agreement and the Plaintiffs are in the process of preparing the motion to approve the settlement. In preparing the motion, the parties became award of this Court's opinion in *Judd v. Keypoint Government Solutions, Inc.* 2021 WL 75224 (**Exhibit 1**). In order to avoid the problems addressed in the *Judd* opinion, the Parties are seeking guidance and clarification from the Court prior to filing the motion to approve the settlement in this FLSA-only, Rule 216(b) settlement.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order granting their Motion and scheduling a telephonic settlement conference with Judge Moore.

Dated: May 26, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew L. Turner* | /s/ *with consent Arthur J. Rooney* |
| Matthew L. Turner | Arthur J. Rooney |
| Kevin J. Stoops | Adam J. Weiner |
| Rod M. Johnston | 131 South Dearborn Street |
| Alana A. Karbal | Suite 1700 |
| SOMMERS SCHWARTZ, P.C. | Chicago, IL 60603 |
| One Towne Square, 17th Floor | Tel.: (312) 324-8506 |
| Southfield, MI 48076 | Fax: (312) 263-8661 |
| (248) 355-0300 | arooney@perkinscoie.com |
| Fax: (248) 936-1973 | aweiner@perkinscoie.com |
| mturner@sommerspc.com | |
| kstoops@sommerspc.com | *Attorneys for Defendants TTEC* |
| rjohnston@sommerspc.com | *Healthcare Solutions, Inc. and* |
| akarbal@sommerspc.com | *TTEC Holdings, Inc.* |

*Attorneys for Plaintiffs and the Collective/Class Members*

## CERTIFICATE OF SERVICE

I certify that on May 26, 2022, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Janice Koehler*
Janice Koehler